Print Form

Instructions for use:

1. Check the above box "Highlight Fields" to show fields on this form.
2. Complete the form.
3. Print, sign the document, and file with the court..

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON

John Francis Mahoney
brotherjohn@unseen.is

Plaintiff(s)

vs.

See page 5 for defendants
~~Federal Reserve Assoc;~~
~~Agencies and ANY & ALL~~
~~insurance, bonding & indemnification~~
~~for the above defendants~~

Defendant(s),

COMPLAINT    2:16-cv-1599 RSM

**Parties to this Complaint:**

Plaintiff's Name, Address and Phone Number

John Francis Mahoney
brotherjohn@unseen.is

Defendant's Name, Address and Phone Number

See page 5 for defendants

Defendant's Name, Address and Phone Number

Defendant's Name, Address and Phone Number

(If you have more defendants, list them using the same outline on another piece of paper. Attach additional sheets, if necessary)

**Jurisdiction**
(Reason your case is being filed in federal court)

U.S. Government defendant

Violation of United States Code
(15 United States Code section 1)
(fifteen                            one)

**Statement of Claim:**
(State here as briefly as possible the facts of your case.)

The defendants are in violation of the United States Code 15 U.S.C. 1 by monopolizing and restraining trade.

Page 2 of 4 5

**Statement of Claim**
(continued):

See page 2

**Relief:**
(State briefly exactly what you want the court to do for you)

In the event that the accompanying affidavit is unrebutted as per the instructions of the affidavit. Compel performance of the defendants legal and moral duty to pay the plaintiffs Thirty five billion, five hundred million (35,500,000,000) (see affidavit for details) in federal reserve notes or the current functional currency forthwith.

**Jury Demand:**
(Optional)

None

2016-10-10
Date

Signature of Plaintiff

Page 4 of 4 5

# DEFENDANTS

1. ANY and ALL insurance, bonding and indemnification for
2. 
3. Federal Reserve Association and Humana Hospital West
4. 
5. Anaheim, Saint Jude Medical Center, Massachusetts General
6. 
7. Hospital, Bellwood General Hospital, County of Orange State of
8. 
9. California), County of Ventura (State of California), County of Los
10. 
11. Angeles (State of California), County of San Diego (State of
12. 
13. California), County of Suffolk (Commonwealth of Massachusetts),
14. 
15. Navajo County (State of Arizona), State of California, State of
16. 
17. Arizona, Commonwealth of Massachusetts, United States
18. 
19. Department of Health and Human Services, Social Security
20. 
21. Administration, United States Department of the Treasury,
22. 
23. Internal Revenue Tax and Audit Service Incorporated, Desert
24. 
25. Schools Financial Services, LLC, United States Postal Service,
26. 
27. Best Buy Company Incorporated, Citibank, N.A., Bank of
28. 
29. America, N.A., Wells Fargo, N.A., JP Morgan Chase &
30. 
31. Company, Blatt, Hasenmiller, Leibsker & Moore, LLC (Phoenix,
32. 
33. Arizona)