# *Affidavit*

*I, mahoney, john francis ("john francis") being of sound mind and having firsthand knowledge of the following facts hereby admit that following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of the estates and the several united (nation) states of america ("the several states").*

*I, mahoney, rory kay ("rory kay") being of sound mind and having firsthand knowledge of the following facts hereby admit that following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of the estates and the several states.*

*I, mahoney, beau patrick ("beau patrick") being of sound mind and having firsthand knowledge of the following facts hereby admit that following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of the estates and the several states.*

*I, mahoney, katherine marie ("katherine marie") being of sound mind and having firsthand knowledge of the following facts hereby admit that following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of the estates and the several states.*

*I, mahoney, john maliawco ("john maliawco") being of sound mind and having firsthand knowledge of the following facts hereby admit that following facts herein stated are the truth the whole truth and nothing but the truth so help me YHVH (God) under penalties including but not limited to perjury under the laws of the estates and the several states.*

*John Francis Mahoney Estate EIN 30-6409858, Katherine Marie Mahoney Estate, John Mahoney Estate, Rory Kay Mahoney Estate, Beau Patrick Mahoney Estate is collectively described herein as ("the estates").*

*john maliawco is a lawful heir to the estates, katherine marie is a lawful heir to the estates, beau patrick is a lawful heir to the estates, rory kay is a lawful heir to the estates, john francis is a lawful heir to the estates*

*My family, the estates and I are NOT, NEVER have been and NEVER will be incompetents, enemies, bastards, attorneys, criminals, volunteers, voluntary sureties, other animals, indentured servants, agents, agencies, aliens, registrants, citizens, residents, wards, chattel, conservatees, slaves or fiduciaries in any other capacity whatsoever to anyone or anything other than the almighty YHVH and the estates.*

*My family and I are born upon the earth on the several states as free, peaceful, competent, law abiding man-sons and woman-daughters having dominion, dominium, foreign private estates and ancestry consisting of man-sons and woman-daughters having same status.*

*My family, the estates and I use and act as the following pseudonyms out of necessity and/or under duress:*   **Affidavit page one of twelve consecutive pages**

JOHN FRANCIS MAHONEY, JOHN F. MAHONEY, John Francis Mahoney, etc., RORY KAY MAHONEY, RORY K. MAHONEY, Rory Kay Mahoney etc., BEAU PATRICK MAHONEY, BEAU P. MAHONEY, Beau Patrick Mahoney, KATHERINE MARIE MAHONEY, KATHERINE M MAHONEY, Katherine Marie Mahoney, KATE MAHONEY, Kate Mahoney etc., JOHN MAHONEY, John Mahoney, JOHN MAHONEY JR. etc.

What are commonly known as the birth certificate and birth registration are evidence of the birth of the estates and NOT evidence of my family and I being born.

The Federal Reserve Association ("The Fed") & ("Fed") and the following Fed Agencies (by operation of law via usage and mere acceptance of frn's) are in violation of fifteen united states code section one (15 U.S.C. § 1) ("the sherman act"):

Humana Hospital West Anaheim, Saint Jude Medical Center, Massachusetts General Hospital, Bellwood General Hospital, County of Orange (State of California), County of Ventura (State of California), County of Los Angeles (State of California), County of San Diego (State of California), County of Suffolk (Commonwealth of Massachusetts), Navajo County (State of Arizona), State of California, State of Arizona, Commonwealth of Massachusetts, United States Department of Health and Human Services, Social Security Administration, United States Department of the Treasury, Internal Revenue Tax and Audit Service Incorporated, Desert Schools Financial Services, LLC, United States Postal Service, Best Buy Company Incorporated, Citibank, N.A., Bank of America, N.A., Wells Fargo, N.A., JP Morgan Chase & Company, Blatt, Hasenmiller, Leibsker & Moore, LLC (Phoenix, Arizona) hereinafter collectively described as ("Agencies").

The Fed and Agencies are special fiduciary trustees (de son tort), depositaries and debtors for the estates over the estates trust special deposits into The Fed and Agencies made by the estates out of necessity in perpetuity.

ANY and ALL insurance, bonding and indemnification for The Fed and Agencies ("Insurance") is claimed by my family and I as property of the estates out of necessity in perpetuity thereby making The Fed and Agencies liable for five separate claims on Insurance.

The Fed, Agencies and ANY and ALL special fiduciary trustees, depositaries and debtors in possession of Insurance ("Insurance depositaries") are subject to the jurisdiction of the estates courts.

My family, the estates and I are completely EXEMPT from the following jurisdictions: commercial, admiralty, martial, civil, roman civil, equity, chancery, ecclesiastical (Vatican) and any jurisdiction having ever used frn's ("inferior jurisdictions to the estates superior jurisdiction").

There exists absolutely NO valid contract, stipulation, presumed consent, tacit procuratian, express power of attorney, implied power of attorney, acquiescence, operation of law or otherwise (absent any breach of contract, fraud, lack of full disclosure, lack of valuable consideration, necessity, duress etc.) binding, subjecting, entering, limiting etc. my family, the estates and I to the inferior jurisdictions to the estates superior jurisdiction.

My family, the estates and I do NOT have, have NEVER and will NEVER consent to or authorize the inferior jurisdictions to the estates superior jurisdiction or anything or anyone that will bind, subject, enter or otherwise enter my family, the estates and I into the inferior jurisdictions to the estates

*Affidavit page two of twelve consecutive pages*

*superior jurisdiction including but NOT limited to ANY attorney client relationship, latches, estopple, operation of law, express or implied contract, power of attorney, covenant, registration or otherwise.*

*My family, the estates and I do NOT, have NEVER and will NEVER give consent or authorization to ANY withholding, escheatment, pledging, gifting, abandonment, loaning etc. of the estates private property which includes but is NOT limited to freeholds (lawful surveys pending that shall supersede ANY legal surveys), gold and silver (amount in ounces is private) and ANY documents and copies of documents regarding the estates whether said documents or copies of documents are in physical or electronic form ("estates documents") (including but NOT limited to any, accounts, court cases etc.) (claimed by my family and I as property of the estates out of necessity in perpetuity).*

*The Fed has fraudulently taken possession of and fraudulently assumed legal and equitable title to the estates private property thereby denying my family and I the unalienable liberty of lawful inheritance.*

*The Fed and Agencies will NOT accept lawful tender (gold and silver) with just weights and measures as consideration thereby denying my family, the estates and I the unalienable liberty of full lawful title to property and lawful inheritance.*

*The Fed and Agencies did NOT give valuable lawful tender (gold and silver) as consideration (just compensation) for the estates private property to secure rights as a creditor therefore The Fed and Agencies have NO security interest whatsoever over my family, the estates or me.*

*My family, the estates and I do NOT, have NEVER and will NEVER give ANY consent or authorization to The Fed and Agencies (including but not limited to ANY attorney client relationships, any interpretations that are unsanctioned by the executor and executrix offices to the estates) with exception to lawful official acts specifically sanctioned in writing by the executors and executrix to the estates.*

*The Fed and Agencies NEVER gave full disclosure to my family and I.*

*The Fed and Agencies have, always have had and always will have a legal and moral duty to merely make contact (currently via brotherjohn@unseen.is) with my family, the executors and executrix to the estates and I before making any act for or against my family, the estates and I.*

*My family and I act as officials to the estates merely out of necessity and act the way "everyday people" do merely out of necessity and/or under duress.*

*The acceptance of and tender of frn's by my family, the estates and I as consideration is done merely out of necessity and/or under duress.*

*The use of the special fiduciary trustees for the estates and the several states that are commonly known as United States District Courts ("inferior courts") by my family, the estates and I is done merely out of necessity and/or under duress.*

*This affidavit and the accompanying estates documents commonly known as COMPLAINT, CIVIL COVER SHEET and DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS ("accompanying estate documents") are filed in the executors and executrix offices to the estates.*

**Affidavit page three of twelve consecutive pages**

to the estates and are executed by john francis merely out of necessity and/or under duress.

My family and I have executed this affidavit and ANY acts regarding the estates by the will of the almighty YHVH (commonly known as God and my Right) and in the spirit of necessity and self defense.

Damages owed to my family, the estates and I from The Fed, Agencies and Insurance depositaries as per violation of the sherman act currently amounts to thirty five billion, five hundred million (35,500,000,000) in federal reserve notes or the current functional currency.

## *True Bill*

*Desert Schools Financial Services, LLC*
*(Phoenix, Arizona)*

*merely accepting frn's as consideration*
*for a freehold*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

*United States Postal Service*

*merely accepting frn's as consideration*
*for services*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 2.5 billion dollars |

*Best Buy Inc.*

*merely accepting frn's as consideration*
*for property*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

*Citibank N.A.*

*merely accepting frn's as consideration*
*for services*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |

**Affidavit page four of twelve consecutive pages**

|  |  |
|---|---|
| Total Amount Due | 500,000,000 |

Bank of America N.A.

*merely accepting frn's as consideration for services*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

Wells Fargo Bank N.A.

*merely accepting frn's as consideration for five accounts and one freehold*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 3 billion dollars |

J. P. Morgan Chase

*merely accepting frn's as consideration for three accounts*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 1.5 billion |

*Affidavit page five of twelve consecutive pages*

Blatt, Hasenmiller, Leibsker,
& Moore, LLC
2702 N. 3rd Street
Phoenix, AZ 85004
(602) 277-5459

*merely accepting frn's as consideration
for services*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

## BIRTH HOSPITALS

*Humana West-Anaheim*
*Anaheim, CA*

*merely accepting frn's as consideration
for two births*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 1 billion dollars |

*St. Jude Medical Center*
*101 E. Valencia Drive*
*Fullerton, CA 92835*

*merely accepting frn's as consideration
for one birth*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

*Massachusetts General*
*55 Fruit Street*
*Boston, Massachusetts*

*merely accepting frn's as consideration
for one birth*

*Affidavit page six of twelve consecutive pages*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

Bellwood General
10250 Artesia Blvd.
Bellflower, CA 90706

merely accepting frn's as consideration
for one birth

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

## COUNTIES

County of Los Angeles (CA)

merely accepting frn's as consideration
for one birth registration and for
property taxes on a freehold

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 1 billion dollars |

County of Orange (CA)

merely accepting frn's as consideration
for three birth registrations

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 1.5 billion dollars |

County of Navajo (AZ)

merely accepting frn's as consideration
for property taxes on two freeholds

*Affidavit page seven of twelve consecutive pages*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 1 billion dollars |

*County of San Diego (CA)*

*merely accepting frn's as consideration for property taxes on a freehold and for one notary license*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,00 |
| 100,000,000 x 5 estates | 500,000,00 |
| Total Amount Due | 1 billion dollars |

*County of Suffolk (Mass.)*

*merely accepting frn's as consideration for one birth registration*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,00 |
| Total Amount Due | 500,000,000 |

*County of Ventura (CA)*

*merely accepting frn's as consideration for one marriage license*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| Total Amount Due | 500,000,000 |

## STATES

*State of California*

*merely accepting frn's as consideration for four births, property taxes on two freeholds and one marriage license*

*Affidavit page eight of twelve consecutive pages*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| **Total Amount Due** | **3.5 billion dollars** |

*State of Arizona*

*merely accepting frn's as consideration for property taxes on two freeholds*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| 100,000,000 x 5 estates | 500,000,000 |
| **Total Amount Due** | **1 billion dollars** |

*Commonwealth of Massachusetts*

*merely accepting frn's as consideration for one birth*

|  |  |
|---|---|
| 100,000,000 x 5 estates | 500,000,000 |
| **Total Amount Due** | **500,000,000** |

## GOVERNMENT DEPARTMENTS

*U.S. Department Of The Treasury*

*merely accepting frn's as consideration for several counts of taxation*

pending full disclosure
amount to be determined thereafter

**Total Minimum Amount Due    4 billion dollars**

*Affidavit page nine of twelve consecutive pages*

Internal Revenue Tax and Audit
Service, Inc.

merely accepting frn's as consideration for
several counts of taxation

                              *pending full disclosure*
                       *amount to be determined thereafter*

        *Total Minimum Amount Due*      *4 billion dollars*

Social Security Administration

countless incidents of social security
and medicare taxation via agencies

                              *pending full disclosure*
                       *amount to be determined thereafter*

        *Total Minimum Amount Due*      *2.5 billion dollars*

U.S. Dept. of Health and Human Services

countless incidents of social security
and medicare taxation via agencies

                              *pending full disclosure*
                       *amount to be determined thereafter*

        *Total Minimum Amount Due*      *2.5 billion dollars*

Federal Reserve Association

vicarious liability

                              *pending full disclosure*
                       *amount to be determined thereafter*

        *Total Minimum Amount Due*      *35.5 billion dollars*

*Affidavit page ten of twelve consecutive pages*

*the estates are foreign private (keyword) estates therefore this affidavit will stand in place of my family, the estates and I in the inferior courts.*

*Therefore, the inferior courts and any inferior/puny judges therein have a legal and moral duty to serve the accompanying complaint and an inferior court summons on The Fed, Agencies and Insurance depositaries via the marshals within twenty one (21) days from the day that this affidavit and accompanying estate documents are received by the inferior courts.*

*If the inferior courts and ANY inferior/puny judges therein fail to uphold their legal and moral duty to the estates and the several states by serving the accompanying complaint and an inferior court summons on The Fed, Agencies and Insurance depositaries via the marshals within twenty one (21) days from the day that this affidavit and accompanying estate documents are received by the inferior courts:*

*the inferior courts will then be held liable jointly and severally with The Fed, Agencies and Insurance depositaries and along with The Fed, Agencies and Insurance depositaries the inferior courts have a legal and moral duty to respond to this affidavit and accompanying complaint and inferior court summons via a complete point for point rebuttal in affidavit form fully supported by first hand testimony and evidence submitted under penalties including but NOT limited to perjury under the laws of the estates and the several states within sixty (60) days from the day that service of the accompanying complaint and an inferior court summons is affected by the marshals.*

*Failure of The Fed, Agencies and Insurance depositaries to respond to this affidavit, accompanying complaint and inferior court summons via a complete point for point rebuttal in affidavit form fully supported by first hand testimony and evidence submitted under penalties including but NOT limited to perjury under the laws of the estates and the several states within sixty (60) days from the day that service of the accompanying complaint and inferior court summons is affected by the marshals will constitute yet another default judgment in the estates courts and a default judgment in the inferior courts subjecting Insurance depositaries to a legal and moral duty to pay of thirty five billion, five hundred million (35,500,000,000) in federal reserve notes or the current functional currency to my family, the estates and I forthwith.*

*The ONLY way that this affidavit, accompanying complaint and inferior court summons can be overturned, abridged, nullified, abrogated, disregarded, dismissed etc. is via a complete point for point rebuttal in affidavit form fully supported by first hand testimony and evidence submitted under penalties including but NOT limited to perjury under the laws of the estates and the several states or by a bona-fide grand jury trial indictment made on one of the several states and NOT in the United States.*

*We are reasonable and equitable people and have NO animosity towards The Fed, Agencies and Insurance depositaries. My family and I believe that those behind The Fed, Agencies and Insurance depositaries would have done the same as we have done to defend their families.*
***Caveat: Any interpretation of the numbers, words, terms, phrases and symbols and any interpretation of the who, what, when, where and why regarding this affidavit accompanying complaint and inferior court summons that is NOT specifically sanctioned in writing by the executors and executrix to the estates is prohibited. Merely make contact via brotherjohn@unseen.is for the correct interpretation of the who, what, when, where and why and the correct definitions of the numbers, words, terms, phrases and symbols contained herein this affidavit accompanying complaint and inferior court summons.***
*Affidavit page eleven of twelve consecutive pages*

*lawful autograph;*
*john francis, affiant and lawful autograph witness*

*mahoney, john francis*
―――――――――――――――――――

*lawful autograph;*
*rory kay, affiant and lawful autograph witness*

*mahoney, rory kay*
―――――――――――――――――――

*lawful autograph;*
*beau partick, affiant and lawful autograph witness*

*mahoney, beau patrick*
―――――――――――――――――――

*lawful autograph;*
*katherine marie, affiant and lawful autograph witness*

*mahoney, katherine marie*
―――――――――――――――――――

*lawful autograph;*
*john maliawco, affiant and lawful autograph witness*

*mahoney, john maliawco*
―――――――――――――――――――

*Affidavit page twelve of twelve consecutive pages*
*Nothing appears hereafter.*
*So mote it be.*