# Notice

**The following claimants (plaintiffs) are withdrawing case number 2:16-cv-01599-RSM**

*effective immediately.*

*Confirm forthwith via brotherjohn@unseen.is*

*and/or via*

**John Francis Mahoney**
care of Kate Mahoney
7003 Mercury Drive Lakeside, AZ 85929

*Many thanks.*

*lawful autograph;*
mahoney, john francis, claimant and lawful autograph witness

*[signature]*

*lawful autograph;*
mahoney, rory kay, claimant and lawful autograph witness

*[signature]*

*lawful autograph;*
mahoney, beau partick, claimant and lawful autograph witness

*[signature]*

*lawful autograph;*
mahoney, katherine marie, claimant and lawful autograph witness

*[signature]*

*lawful autograph;*
mahoney, john maliawco, claimant and lawful autograph witness

*[signature]*

Notice page one of one page
Nothing appears hereafter.

2003 Mercury Dr.
Lakeside, AZ 85929

CLERK, UNITED STATES DISTRICT COURT
UNITED STATES COURTHOUSE
700 Stewart Street, Suite 2310
Seattle, Washington 98101

98101-444285

PHOENIX AZ 850
26 OCT 2016 PM 10 L